**John James TURNER,
Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director,
Division of Corrections, State of
Florida, Respondent-Appellee.**

**No. 76–4119.**

United States Court of Appeals,
Fifth Circuit.

March 27, 1979.

v.

UNITED STATES of America,
Defendant-Appellee.

No. 78–1699.

United States Court of Appeals,
Fifth Circuit.

April 25, 1979.

Before COLEMAN, GODBOLD and TJO-FLAT, Circuit Judges.

On Petition for Rehearing

BY THE COURT:

Ruling on this petition was held pending a review by the *en banc* Court of the panel opinion in *Stinson v. State of Alabama*, 5 Cir. 1977, 545 F.2d 485. The *en banc* opinion, reported at 582 F.2d 377, remanded *Stinson* to the panel for consideration in light of the decision in *Galtieri v. Wainwright*, 5 Cir. 1978, 582 F.2d 348 (en banc).

Having applied the *Galtieri* standards to the matter before us, we deny the petition. Turner's petition to the district court for the writ of habeas corpus was a "mixed" one, containing both exhausted and unexhausted issues.

> The policy in this circuit is that a federal district court must dismiss without prejudice a "mixed" petition for a writ of habeas corpus. *Galtieri* at 355.

REHEARING DENIED.